UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZEBRALINE GROUP, LLC, et al.,
Plaintiffs,

v.

OPENAI, L.P., et al.,
Defendants.

Case No. 25-cv-10312-VC

**ORDER OF DISMISSAL**

Re: Dkt. No. 46

The order denying the motion to compel arbitration and granting the motion to dismiss stated that the deadline to file any amended complaint was within 14 days of that order (*i.e.*, July 20, 2026). *See* Dkt. No. 46, at 5. No amended complaint has been filed. Dismissal of all claims against Mixpanel is now with prejudice.

**IT IS SO ORDERED.**

Dated: August 6, 2026

VINCE CHHABRIA
United States District Judge