KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
ANDREW F. DAWSON - # 264421
adawson@keker.com
IAN KANIG - # 295623
ikanig@keker.com
LAUREN S. KANE - # 329375
lkane@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
OPENAI L.P.

COUNTERPOINT LEGAL
ROBERT SALGADO - #297391
rsalgado@counterpointfirm.com
600 B Street, Suite 1550
San Diego, CA 92101
Telephone: 619 780 3303
Facsimile: 619 344 0332

Attorneys for Plaintiff
ZEBRALINE GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ZEBRALINE GROUP, LLC, a Wyoming limited liability company, on behalf of itself and all others similarly situated,

Plaintiff,

v.

OPENAI L.P., a Delaware Limited Partnership and MIXPANEL, INC., a Delaware Corporation,

Defendants.

Case No. 3:25-cv-10312-VC

Related Case No.: 3:25-cv-10301-VC

**PLAINTIFF AND OPENAI'S JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Judge: Hon. Vince Chhabria

Date Filed: December 1, 2025
Trial Dates: None Set

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Zebraline Group, LLC ("Zebraline") and Defendant OpenAI L.P. ("OpenAI"), by and through their respective counsel, submit this notice and stipulation as follows:

**WHEREAS,** on December 1, 2025, Plaintiff Zebraline Group, LLC and Plaintiff Morgan Ross filed their initial putative class action complaint relating to an alleged data-security incident involving OpenAI, L.P. and Defendant Mixpanel, Inc. in November 2025 (Dkt. No. 1);

**WHEREAS,** on January 12, 2026, Plaintiff Zebraline Group, LLC filed an amended complaint against OpenAI and Mixpanel as the sole remaining named plaintiff (Dkt. No. 14);

**WHEREAS,** on April 17, 2026, OpenAI filed a motion to compel Plaintiff's claims to individual arbitration (Dkt. No. 33) and a motion to dismiss its amended complaint (Dkt. No. 34);

**WHEREAS,** on April 17, 2026, Mixpanel filed a motion to compel Plaintiff's claims to individual arbitration (Dkt. No. 36) and a motion to dismiss its amended complaint (Dkt. No. 37);

**WHEREAS,** on May 4, 2026, Plaintiff filed joint oppositions to OpenAI and Mixpanel's motions to compel individual arbitration and to dismiss its amended complaint (Dkt. Nos. 38–39);

**WHEREAS,** on May 19, 2026, Plaintiff and OpenAI jointly stipulated that Plaintiff's claims against OpenAI were subject to individual arbitration (Dkt. No. 40);

**WHEREAS,** on May 26, 2026, the Court stayed Zebraline's claims against OpenAI pending arbitration, ordered a joint status report every 120 days until the arbitration is terminated, and stated that the parties could instead dismiss the claims against OpenAI without prejudice with a stipulation that OpenAI waives any statute of limitations defense based on the period the dispute is with the arbitrator (Dkt. No. 41);

**WHEREAS,** on July 6, 2026, the Court denied Mixpanel's arbitration motion and granted its motion to dismiss Plaintiff's amended complaint in part with prejudice and in part without prejudice, and ordered Plaintiff to file any amended complaint within 14 days (Dkt. No. 46);

**WHEREAS,** Plaintiff did not file an amended complaint against Mixpanel and so, on August 6, 2026, the Court dismissed its action against Mixpanel with prejudice (Dkt. No. 47);

**WHEREAS,** in view of the Court's order dismissing Plaintiff's action against Mixpanel

with prejudice, Plaintiff and OpenAI have met-and-conferred in good faith and have agreed that Plaintiff's claims against OpenAI should be voluntarily dismissed without prejudice;

**NOW, THEREFORE,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Zebraline's claims against OpenAI are voluntarily dismissed without prejudice.

OpenAI agrees that, if Zebraline commences an individual arbitration concerning the claims asserted against OpenAI in this action within 90 days after this dismissal, OpenAI will not assert any statute-of-limitations, laches, or analogous timeliness defense based on the period from December 1, 2025 through the date the arbitration is commenced.

Zebraline and OpenAI shall each bear their own attorneys' fees and costs incurred in this action. This provision does not govern fees or costs in any subsequent arbitration.

Except as expressly provided herein, this dismissal does not adjudicate, release, or waive any claim, defense, remedy, or argument in any subsequent individual arbitration.

**IT IS SO STIPULATED.**

Dated: September 23, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Ian Kanig*
BENJAMIN BERKOWITZ
ANDREW F. DAWSON
IAN KANIG
LAUREN S. KANE

Attorneys for Defendant
OPENAI L.P.

Dated: September 23, 2026

COUNTERPOINT LEGAL

By: */s/ Robert B. Salgado*
ROBERT B. SALGADO

Attorney for Plaintiff
ZEBRALINE GROUP LLC

**ATTESTATION**

Pursuant to Civil Local Rule 5–1(i)(3) regarding signatures, I attest that concurrence in the filing of this stipulation has been obtained from the other signatories.

By: */s/ Ian Kanig*
IAN KANIG